AO 93 (Rev. 01/09) Search and Seizure Warrant

FILED
U.S. District Court
District of Kansas

OCT – 7 2010

Clerk, U.S. District Court
By _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
### for the
### District of Kansas

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Cellular telephone records of T-Mobile USA, Inc., 4 Sylvan Way,
Parsippany, NJ 07054, for T-Mobile Samsung Google cellular telephone,
IMEI# 355070803/03/042489/6 and SIM# 8901 2605 5002 3897 305.

)
)
)
)
)
)

6136

Case No. *10 – M – 6138 -01-KMH*

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search
of the following person or property located in the **District of Kansas** *(identify the person or describe the property to be searched and give its location)*

Cellular telephone records of T-Mobile USA, Inc., 4 Sylvan Way, Parsippany, NJ 07054, for T-Mobile Samsung Google cellular telephone,
IMEI# 355070803/03/042489/6 and SIM# 8901 2605 5002 3897 305.

The person or property to be searched, described above, is believed to conceal:     *(identify the person or describe the property to be seized)*

Call detail records with cell site information and GPS data, if available, and text message data for T-Mobile Samsung Google cellular telephone,
IMEI# 355070803/03/042489/6 and SIM# 8901 2605 5002 3897 305, for the period from September 3, 2010, through September 10, 2010.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or
property.

**YOU ARE COMMANDED** to execute this warrant on or before _____
*(not to exceed 10 days)*

[✓] in the daytime 6:00 a.m. to 10 p.m.     [ ] at any time in the day or night as I find reasonable cause has been established

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person
from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required
by law and promptly return this warrant and inventory to United States Magistrate Judge   Karen M. Humphreys

I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay
of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be
searched or seized *(check the appropriate box)* [ ] for _____ days *(not to exceed 30).*
[ ] until, the facts justifying, the later specific date of _____ .

Date and time issued:   Sep 29, 2010 @
3:00 P.M.

*Karen M. Humphreys*
*Judge's signature*

City and state:     Wichita, Kansas

Honorable Karen M. Humphreys, U.S. Magistrate Judge
*Printed name and title*

AO 93  (Rev. 01/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>10-M-6136-01-KMH | Date and time warrant executed:<br>10-5-2010   1245 | Copy of warrant and inventory left with:<br>CUSTODIAN OF RECORDS, T-MOBILE |
| Inventory made in the presence of :<br>N/A | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>N/A . | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  10-7-2010

*Executing officer's signature*

MICHAEL W LITTLE ,  SA  FBI
*Printed name and title*

*Judge's signature*

# UNITED STATES DISTRICT COURT

**FILED**
U.S. District Court
District of Kansas

for the

District of Kansas

OCT – 7 2010

Clerk, U.S. District Court
By _V. Kh_ Deputy Clerk

In the Matter of the Search of )
)
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )

Case No. *10-M-6136-01-KMH*

Cellular telephone records of T-Mobile USA, Inc., 4 Sylvan Way, )
Parsippany, NJ 07054, for T-Mobile Samsung Google cellular telephone, )
IMEI# 355070803/03/042489/6 and SIM# 8901 2605 5002 3897 305. )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the _____ District of _____Kansas_____ *(identify the person or describe property to be searched and give its location):*

Cellular telephone records of T-Mobile USA, Inc., 4 Sylvan Way, Parsippany, NJ 07054, for T-Mobile Samsung Google cellular telephone, IMEI# 355070803/03/042489/6 and SIM# 8901 2605 5002 3897 305.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

Call detail records with cell site information and GPS data, if available, and text message data for T-Mobile Samsung Google cellular telephone, IMEI# 355070803/03/042489/6 and SIM# 8901 2605 5002 3897 305, for the period from September 3, 2010, through September 10, 2010.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of __18__ U.S.C. § __2113(a)__ , and the application is based on these facts:

See attached Affidavit in Support of a Search Warrant.

☑ Continued on the attached sheet. (see attached affidavit of probable cause)

☐ Delayed notice of ___ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*M W Little*

*Applicant's signature*

Michael Little, FBI Special Agent

*Printed name and title*

Sworn to before me and signed in my presence.

Date: ____09/29/2010____

*Karen M. Humphreys*

*Judge's signature*

City and state: Wichita, Kansas

Honorable Karen M. Humphreys, U.S. Magistrate Judge

*Printed name and title*

**AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT**

I, Michael W. Little, Special Agent of the Federal Bureau of Investigation, being duly sworn, do hereby depose and state:

## I. INTRODUCTION

1.  I am employed as a Special Agent (SA) with the Federal Bureau of Investigation (FBI). I have been so employed since January 9, 1989. I am currently assigned to the Wichita, Kansas Resident Agency, Kansas City Division. As a SA of the FBI, I am authorized to investigate violations of law of the United States, and I am a law enforcement officer with authority to execute arrest, search and seizure warrants under the authority of the United States. I have participated in a wide variety of criminal investigations, to include white collar crimes, bank robbery, and other violent and non-violent Federal crimes. Additionally, I have participated in the preparation and/or execution of many search, arrest, and seizure warrants. Based on my training and experience I know that when an individual handles an item that small amounts of their sweat or skin may be transferred to that item. That transfer may contain that particular individual's DNA. DNA is the genetic map unique to each individual. When the DNA found on an item is compared to a known sample of DNA statistical probabilities can then be developed to determine the likelihood that the known individual has transferred his DNA to the item.

2.  This affidavit is made in support of search warrants for the following:

    A.    DNA sample of Carlis D. Rogers via buccal swabs.

    B.    DNA sample of Jacques D. Dubose via buccal swabs.

C.     Regarding a silver Verizon Starcom cellular telephone, model
       TXT80101VW, and serial number 8390689651: all electronically
       recorded data contained within the device, which shall include, but not be
       limited to, all photographs, all video, all call logs for incoming and
       outgoing calls, any phone book directory and all text messages for
       incoming and outgoing calls.

D.     Regarding a black T-Mobile Samsung Google cellular telephone, IMEI#
       355070803/03/042489/6, and SIM# 8901 2605 5002 3897 305: all
       electronically recorded data contained within the device, which shall
       include, but not be limited to, all photographs, all video, all call logs for
       incoming and outgoing calls, any phone book directory and all text
       messages for incoming and outgoing calls.

E.     For Verizon Wireless, 180 Washington Valley Road, Bedminster, JN
       07921: call detail records with cell site information and GPS data, if
       available, and text message data for Verizon Starcom cellular telephone,
       model TXT80101VW, and serial number 8390689651, for the period from
       September 3, 2010, through September 10, 2010.

F.     For T-Mobile USA, Inc., 4 Sylvan Way, Parsippany, NJ 07054, call detail
       records with cell site information and GPS data, if available, and text
       message data for T-Mobile Samsung Google cellular telephone, IMEI#
       355070803/03/042489/6, and SIM# 8901 2605 5002 3897 305.

This affidavit is intended to show that there is probable cause for this search warrant and does

2

not purport to set forth all of your affiant's knowledge of or investigation into this matter.

## II. STATEMENT OF PROBABLE CAUSE

3.  At approximately 9:42 a.m. on Friday, September 10, 2010, the Legacy Bank, a Federally
    insured financial institution assigned Federal Deposit Insurance Corporation certificate
    number 17676, and located at 2055 North Woodlawn, Wichita, Kansas (KS), was robbed
    by three black males. Two of the robbers brandished handguns which they pointed at
    employees and a bank customer. One black male wore a green hooded sweatshirt, dark
    gloves, mask and white tennis shoes. He was armed with a dark colored machine pistol
    style handgun. One black male wore a white hooded sweatshirt with "Rams" written on
    the front torso. He wore white gloves, a dark mask and dark tennis shoes. The third
    black male wore a yellow hooded sweatshirt, dark gloves, dark tennis shoes and carried a
    dark colored revolver. Upon entering the bank, the robbers ordered everyone to the floor
    and two robbers vaulted the teller counter and began removing cash from teller drawers
    while the third robber covered the lobby with a handgun. The robbers were in the bank
    less than two minutes. They fled the bank in a blue 1995 Oldsmobile Cutlass Ciera
    bearing Kansas temporary license 265581, which expired on September 1, 2010. This
    vehicle was located a short distance from the bank by responding police officers. The
    loss from the robbery was $13,078.62, which included pre-recorded bait bills and rolls of
    coins.

4.  This robbery was similar to several recent bank robberies in Wichita and extensive
    investigation and surveillance had previously been conducted on a group of individuals
    believed to be responsible for these robberies. After the robbery was broadcast by police

3

dispatch, law enforcement officers from the Wichita Police Department (WPD), Sedgwick County Sheriffs Office (SCSO) and the Federal Bureau of Investigation (FBI) responded to the bank and to locations known to be associated with the aforementioned group. One of the suspects is Jacques Dubose who resides at 1557 N. Kenmar, Wichita, KS.

5. Lieutenant (Lt.) Jay McLaurian with the SCSO was familiar with Jacques Dubose and responded to his residence. Upon arrival at the residence, Lt. McLaurian observed a white Ford Expedition parked in front of Dubose's house with the interior dome light and running board lights on. It appeared to Lt. McLaurian that someone had recently left the vehicle. Lt. McLaurian proceeded to the end of the block where he parked in a position to observe activity at Dubose's residence. Approximately fifteen minutes later, at around 10:21 a.m., Lt. McLaurian observed two black males cross from the east side of Kenmar and approach the Expedition. Both males were carrying backpacks. One male went to the driver's door and the other to the passenger side and they appeared to place the backpacks in the Expedition. They then walked behind the Expedition before entering Dubose's residence. Several minutes later a black male exited the residence and got into the driver's seat of a red Chevrolet Avalanche parked in the driveway. A second black male exited the residence and got into the passenger seat of the Avalanche. About a minute later a third black male approached the driver's side of the Avalanche and appeared to be speaking to the occupants of the vehicle. This third male then walked away from the vehicle towards the residence and the Avalanche backed out of the driveway and proceeded south on Kenmar then west on 14th. Lt. McLaurian recognized

4

the driver of the vehicle as Jacques Dubose. Lt. McLaurian reported the direction of travel to police dispatch.

6.    WPD Officer T.W. Palmer spotted the Avalanche in the area and observed the driver fail to signal his turn at 14th and Belmont and again at 13th and Belmont. He then initiated a traffic stop on the vehicle. The driver was identified as Jacques D. Dubose and the passenger was identified as Carlis D. Rogers. The tag on the Avalance had been altered and Dubose was arrested for the violation. WPD Officer West arrived at the scene and learned that there was an active warrant on Carlis Rogers so he placed Rogers under arrest. As Officer West removed Rogers from the vehicle he observed a wadded shirt in Rogers' lap which Rogers moved to the seat as he exited. Officer West observed a black semi-automatic handgun and a wad of cash concealed inside the shirt. Rogers made a spontaneous statement about the currency, claiming ownership and stating it was the proceeds of a vehicle sale. At the time of his arrest, Jacques Dubose was in possession of a silver Verizon Starcom cellular telephone, model TXT80101VW, and serial number 8390689651. Carlis Rogers was in possession of a black T-Mobile Samsung Google cellular telephone, IMEI# 355070803/03/042489/6, and SIM# 8901 2605 5002 3897 305.

7.    On Friday, September 10, 2010, a search warrant was issued by the 18th Judicial District Court of Sedgwick County, Kansas for the Chevrolet Avalanche. The warrant was executed on that date. Among the items seized was a loaded silver and black Taurus .40 caliber semi-automatic handgun; a second loaded magazine; $4,055.00 in U.S. currency; and six rolls of quarters. The U.S. currency was compared to a list of bait bills included in the money stolen from the Legacy Bank located at 2055 North Woodlawn, Wichita,

5

Kansas, earlier that date and eight of the bills matched the bait list.

8. On Friday, September 10, 2010, a search was conducted of Jacques Dubose's residence located at 1557 North Kenmar, Wichita, KS, pursuant to a written consent signed by Ruth Rogers who resides at that location with Dubose. Among the items seized from that location was $4,699.00 in U.S. currency and coinage. The currency was compared to the list of bait bills from the Legacy Bank robbery earlier that date and eleven of the bills matched the bait list.

9. On Friday, September 10, 2010, Kevin Harrison, who resides at 1562 North Kenmar, Wichita, KS, appeared at the WPD Patrol North substation to report that his friend and neighbor, Jacques Dubose, had approached him the previous day and asked if he could stay at his house on Friday. It is noted that Harrison lives across the street, on the east side of Kenmar, from Dubose. Harrison told him he was playing golf with his father, but would leave his door unlocked. The next morning, at approximately 8:58 a.m., Harrison received a text message from Dubose reminding him to keep his door unlocked. After his round of golf, Harrison heard that Dubose had been arrested for bank robbery. He stated he went home to check his house but did not find anything out of the ordinary and the door was still unlocked, so he assumed Dubose had not been in his house. Harrison allowed WPD officers and a detective to search his house and nothing was found.

10. On Monday, September 13, 2010, your affiant had two urgent telephone messages from Kevin Harrison who requested to be recontacted. Harrison later appeared at the Wichita office of the FBI with his parents. He reported that he had not been totally candid about events on Friday, September 10, 2010. Harrison stated that, after he arrived home that

6

day, he discovered a black trash bag in his den. He emptied the contents of the bag and found several hooded sweatshirts, a bank bag containing several checks but no cash, and two "bank trays." Harrison then searched the rest of his house and found two guns that did not belong to him. Harrison stated he panicked and put the guns in the bag with the other items and hid the bag in some bushes at the abandoned house next door. He did this before reporting to the Patrol North substation. After police left his residence on Friday night, Harrison reconsidered. He recovered the bag of evidence and called your affiant. Harrison gave consent to search his residence and recover the evidence. The items in the bag included green, yellow and white hooded sweatshirts; a nylon bank bag which matched the description of a bag taken from the Legacy Bank during the robbery; two coin trays; and two handguns. One of the guns was a Smith and Wesson Model 29 .44 magnum which was loaded, and the other was believed to be a Tec .22 that was not loaded and was missing the magazine. It is noted that a Tec .22 magazine was recovered just outside the Legacy Bank on the day of the robbery.

11.   On September 14, 2010, your affiant interviewed Jacques Dubose along with WPD Detective David Alexander. Dubose waived his rights and provided an oral statement confessing to robbing the Legacy Bank, located at 2055 North Woodlawn, Wichita, KS, on Friday, September 10, 2010. Dubose refused to identify the other robbers, but admitted to being the robber in the yellow hooded sweatshirt and admitted to carrying and brandishing the .44 magnum revolver during the bank robbery. Dubose also admitted to using Kevin Harrison's house to divide the bank loot and hide the guns and clothing from the robbery.

7

## III. CONCLUSION

12. Based upon the information outlined above, there is probable cause to believe that Jacques Dubose and Carlis Rogers robbed the Legacy Bank, an FDIC insured financial institution, located at 2055 North Woodlawn, Wichita, KS, on September 10, 2010, in violation of Title 18, United States Code, Section 2113(a). There is also probable cause to believe that the DNA from Dubose and Rogers will be found on the clothing items they wore during the robbery which were recovered at Kevin Harrison's residence and possibly on the firearms they used in the robbery and the bank loot and other items stolen during the robbery, as well as the getaway vehicle.

FURTHER AFFIANT SAITH NOT,

*M W Litt*

Michael W. Little
FBI Special Agent

Subscribed and sworn to before me this 29th day of September, 2010.

*Karen M. Humphreys*

Honorable Karen M. Humphreys
United States Magistrate Judge

8